UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY LOS ANGELES, | Case No. CV 13-8736 GHK (JCx) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

In accordance with the Court's Order Dismissing "Federal" Claims and Remanding Case to Los Angeles County Superior Court, IT IS ADJUDGED that (1) any federal claims in the Complaint are dismissed without leave to amend; and (2) as the Court declines to exercise supplemental jurisdiction over any remaining state-law claims, this case is remanded, pursuant to 28 U.S.C. § 1367(c)(3), to Small Claims Court, Superior Court of California, County of Los Angeles, Central District, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012. The Clerk shall send a certified copy of this Judgment to the Clerk of the foregoing State court and shall serve this Judgment on the parties to this action.

DATED:   3/31/14

_____

HONORABLE GEORGE H. KING

CHIEF UNITED STATES DISTRICT JUDGE